UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
WLADYSLAW GAWRYCH,

                              Plaintiff,

       - against -                            **ORDER ON MOTIONS TO DISMISS**

PHH MORTGAGE CORPORATION, TRANS            No. 25-CV-2727 (CS)
UNION LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., and EQUIFAX
INFORMATION SERVICES LLC,

                           Defendants.
-------------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record at the March 3, 2026 conference, the motion to

dismiss of PHH Mortgage Corporation, (ECF No. 41), is GRANTED, and the motion to dismiss

of Defendants Trans Union LLC, Experian Information Solutions, and Equifax Information

Services LLC, (ECF No. 42), is GRANTED in part and DENIED in part.

**SO ORDERED.**

Dated:  March 4, 2026
        White Plains, New York

                                   _____
                                   CATHY SEIBEL, U.S.D.J.