UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Gawrych,

                              Plaintiff(s),

           -against –

PHH Mortgage Corporation, et al.,

                            Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:25-CV-02727 (CS)

<u>Seibel, J.</u>

It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Equifax Information Services, LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Equifax Information Services, LLC)**; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

     **SO ORDERED**.

Dated: March 19, 2026
     White Plains, New York

_____

CATHY SEIBEL, U.S.D.J.