UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Gawrych,

                Plaintiff(s),

      -against –

PHH Mortgage Corporation et al.,

                Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:25-CV-02727 (CS)

Seibel, J.

    It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Trans Union LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Trans Union LLC)**; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored. **As Defendant Trans Union LLC is the only remaining Defendant in this case, the Clerk is directed to close this case.**

    **SO ORDERED**.

Dated: March 19, 2026

    White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.